

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

May 28, 2021

BY ECF

Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

                Re:  Tammy Jackson v. Comm'r of Soc. Sec.
                     21 Civ. 0107 (JPC)

Dear Judge Cronan:

      This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on June 1, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until August 2, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                                      Respectfully,

                                        AUDREY STRAUSS
                                        United States Attorney

                        By:        s/ *Susan D. Baird*
                               SUSAN D. BAIRD
                               Assistant United States Attorney
                               tel. (212) 637-2713
                               Susan.Baird@usdoj.gov

The Government's request is granted.  The Government shall file the administrative record by August 2, 2021.

SO ORDERED.
Date: May 28, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge