**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TAMMY J.,

                     Plaintiff,

  -against-                                        21 **CIVIL** 107 (GRJ)

                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 29, 2022, Plaintiff is GRANTED judgment on the pleadings, the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Decision and Order.

**Dated:** New York, New York

      August 30, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                        **BY:**    K. Mango

                                                             **Deputy Clerk**